# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# ST JOSEPH DIVISION

| | |
|---|---|
| **William Lee Schneiter,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| V. ) | Case No. 10-6089-CV-SJ-JTM |
| ) | |
| **Michael J. Astrue,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

On Friday, April 22, 2011, the Court heard oral argument on the *Schneiter Brief in Support of the Complaint,* filed January 10, 2011 [Doc. 8] and the *Brief For Defendant*, filed February 23, 2011 [Doc. 9] as well as the *Schneiter Reply Brief*, filed March 21, 2011 [Doc. 10]. For the reasons set forth by the Court at the conclusion of the arguments, it is

**ORDERED** that this matter is **REVERSED AND REMANDED** to the Social Security Administration pursuant to 42 U.S.C. §405(g), sentence 4 for action consistent with the decision of the Court as set forth at the conclusion of the oral argument on April 22, 2011. It is further

**ORDERED** that the Commissioner shall obtain from the court reporter a copy of the transcript of the oral argument so that the Commissioner will know the basis upon which this case is remanded.

  */s/ John T. Maughmer*  
  **JOHN T. MAUGHMER**
  **U. S. MAGISTRATE JUDGE**