# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# ST. JOSEPH DIVISION

| | |
|---|---|
| William Lee Schneiter, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| V. | ) Case No. 10-6089-CV-SJ-JTM |
| | ) |
| Michael J. Astrue, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Pending before the Court is plaintiff's *Motion for Attorney Fees Under the Equal Access To Justice Act*, filed May 2, 2011 [Doc. 16]. After due consideration of the issues presented, and in light of the agreement of the parties, it is

**ORDERED** that plaintiff's *Motion for Attorney Fees Under the Equal Access To Justice Act*, filed May 2, 2011 [Doc. 16] is **GRANTED**. Accordingly, plaintiff is awarded $3,155.85 in attorney fees under EAJA and $350.00 in court costs to be paid from the Judgment Fund administered by the Department of the Treasury.

  */s/ John T. Maughmer*
  **JOHN T. MAUGHMER**
  **U. S. MAGISTRATE JUDGE**